2005 OK 57

**In the Matter of SUSPENSION OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION for NON–COMPLIANCE WITH MANDATORY CONTINUING LEGAL EDUCATION REQUIREMENTS FOR THE YEAR 2004.**

**No. SCBD–5076.**

Supreme Court of Oklahoma.

June 27, 2005.

### ORDER OF SUSPENSION

JOSEPH M. WATT, Chief Justice.

¶ 01 This matter comes on before this Court for consideration of the Recommendation for Suspension submitted by the Board of Governors of the Oklahoma Bar Association, for suspension of members from membership in the Association and from the practice of law in the State of Oklahoma, as provided by the Rules of the Supreme Court for Mandatory Continuing Legal Education for failure to comply with such rules for the year 2004.

¶ 02 And the Court, having considered said Recommendation, finds that each of the members of the Oklahoma Bar Association named on the attached Exhibit, should be and is hereby suspended from membership in the Association and from the practice of law in the State of Oklahoma, as provided by the Rules of the Supreme Court for Mandatory Continuing Legal Education for failure to comply with such rules for the year 2004.

WINCHESTER, V.C.J., LAVENDER, HARGRAVE, KAUGER, EDMONDSON, TAYLOR and COLBERT, JJ. concur.

OPALA, J. not participating.

### EXHIBIT A

William Kwame Appiah–Siriboe — OBA No. 18008
A & A Tax and Business Advis
415 Breesport St Ste 109
San Antonio, TX 78216

Anna M. Aragon — OBA No. 12197
1618 7th St
Las Vegas, NM 87701–4920

Carl Eric Asmussen — OBA No. 13570
1112 N 5th St
Neodesha, KS 66757

Frederick Bawden Aurin — OBA No. 379
28700 Valley View Rd
Steamboat Springs, CO 80487

John Joseph Baker — OBA No. 15181
10655 Ne 4th, # 320
Bellevue, WA 98004

Mary Kathryn Behlen — OBA No. 11321
PO Box 6538
Edmond, OK 73083–6538

Robert Allen Benningfield — OBA No. 716
4521 E 5th St
Tulsa, OK 74112

Glen Joseph Blake — OBA No. 18655
P.O. Box 50001
Tulsa, OK 74150–0001

Melvin C. Bloomfield — OBA No. 892
6144 S New Haven Ave
Tulsa, OK 74136

Richard Wayne Bohan — OBA No. 11229
8915 Red Cloud Road
Houston, TX 77064

Alford A. Bratcher — OBA No. 13661
RR 4 Box 224 G
Duncan, OK 73533–9437

Geoffrey Layton Burks — OBA No. 18664
1015 Providence Towers E
5001 Spring Valley Rd
Dallas, TX 75244

David M. Casey — OBA No. 1544
1903 W University Ave
Stillwater, OK 74074

Keith Tulloss Childers — OBA No. 1657
5017 Steanson # E
Oklahoma City, OK 73112

Robert Brent Clarke — OBA No. 19433
701 Morningside Dr
Norman, OK 73071

Mark Edgar Collum — OBA No. 1821
3100 NW 20th St
Oklahoma City, OK 73107–3002

Craig Dodd — OBA No. 2388
PO Box 452342
Grove, OK 74345–2342

Rodney Helder Dusinberre — OBA No. 17611
808 Villa Cir
Boynton Beach, FL 33435

Shane Mark Egan — OBA No. 15545

Weil Gotshal & Manges Llp
767 Fifth Ave
New York, N.Y. 10153

Nancy Findeiss OBA No. 2910
Court Of Appeals
1915 N Stiles Ste 357
Oklahoma City, OK 73105

David Jonathan Fishman OBA No. 15007
PO Box 290060
Brooklyn, N.Y. 11229–0060

Christy Lynn Forth OBA No. 19807
1701 S Kelly Ave
Edmond, OK 73013–3623

Daniel Ray Gripe OBA No. 3630
111 N. Main
Yale, OK 74085

Richard Alan Gurley OBA No. 10828
1016 Grover Lane
Norman, OK 73069

Kimberly Ann Hart OBA No. 19474
611 K Ste NE
Washington, DC 20002–3529

Michael Charles Heathco OBA No. 14580
PO Box 406
Lawton, OK 73502–0406

Eugenia Maria Hernandez OBA No. 18909
PO Box 2624
Iowa City, IA 52244

Fausto Hernandez OBA No. 14422
3772 E. Timberline Rd.
Gilbert, AZ 85297

Robert Herzog OBA No. 4150
36 Springhouse Rd
Woodcliff Lake, NJ 07677

Michael E. Karney OBA No. 12358
140 Chambord Dr
Maumelle, AR 72113

Barbara Anne Ketring–Beuch OBA No. 17211
Ste I
201 W Broadway
North Little Rock, AR 72114

Kimberly D. King–Hopkins OBA No. 19025
MD 41–3
One Williams Center
Tulsa, OK 74172

Jon Howard Krause OBA No. 5113
1 Colony Trail Dr
Mandeville, LA 70448

Paul Arthur Kruger OBA No. 5129
2500 S McGee
Norman, OK 73072

Sheri Michelle Levson OBA No. 17887
3 Tufts Ln
Highland Mills, N.Y. 10930

Lisa Greeman Lowry OBA No. 14771
1147 S Newport Ave
Tulsa, OK 74120

Mark Douglas Mainprize OBA No. 16268
23804 E. Tecumseh Ave.
Catoosa, OK 74015

Ellen Traub Martin OBA No. 13536
5303 Marsh Creek Dr.
Austin, TX 78759

Shirley Ann Marzan OBA No. 17092
15889 SW 66th Terr
Miami, FL 33193

Jeanne Diane Melberg OBA No. 19885
1451 24th St Apt 290
Denver, CO 80205–2160

John David Merritt OBA No. 18777
1917 Riverside Drive
Apt. C
Tulsa, OK 74119

Tami D. Mickelson OBA No. 13400
2608 Callahan
Muskogee, OK 74403

Howard Steven Miller OBA No. 6210
6205 E 100th St
PO Box 55424
Tulsa, OK 74155–1424

Joseph Anthony Murphy OBA No. 10105
516 Camden Ave
Stuart, FL 34994

Peter Gregory Pariseau OBA No. 14863
PO Box 35827
Tulsa, OK 74153–0827

Robert C. Payden OBA No. 6980
717 S Houston Ste 509
Tulsa, OK 74127

Dale Troy Rich OBA No. 11161
7337 W 36
Tulsa, OK 74107

William David Ridout OBA No. 7572
6716 S St Louis Ave
Tulsa, OK 74136

Scott Gerald Robelen OBA No. 14016
3987 S. Gessner # 360
Houston, TX 77063

Stacy Kalin Robinson OBA No. 17174
4083 N Shiloh Dr Ste 9
Fayetteville, AR 72703

Gary Howard Roden OBA No. 12457

307 Colony Dr
Norman, OK 73072

James Michael Rogers        OBA No. 15049
1333 E 37th Pl
Tulsa, OK 74105

Travis Alan Scaggs          OBA No. 19212
3217 E 28th St
Tulsa, OK 74114

James Carl Schlecht         OBA No. 15619
3034 Lacey
Chickasha, OK 73018–7323

Fred M Schraeder            OBA No. 7981
1711 E 15th St
Tulsa, OK 74104

Pamela D. Scott             OBA No. 16478
3820 Lake Otis Pkwy # 214
Anchorage, AK 99508–5209

William Andrew Skeith       OBA No. 15842
PO Box 429
Edmond, OK 73083–0429

Jerry Lee Smith             OBA No. 8366
PO Box 14211
Tulsa, OK 74159–1211

Randy David St. Onge        OBA No. 18231
7871 S Hill Dr
Littleton, CO 80120–4319

Robert Wayne Stansel        OBA No. 18607
Tawwater & Slama LLP
211 N Robinson Ste 1950
Oklahoma City, OK 73102

Michael E Stubblefield      OBA No. 12507
2742 W Babcock Avenue
Visalia, CA 93291–3902

Leigh Herbert Taylor        OBA No. 8873
675 S Westmoreland Ave
Los Angeles, CA 90005

Donald Dewayne Thompson     OBA No. 8957
Creek County
222 E Dewey
Sapulpa, OK 74066

Steven W. Vincent           OBA No. 9237
Ste 401
403 S Cheyenne Ave
Tulsa, OK 74103

Johann Michael Viscosi      OBA No. 9240
# 5 NW 16th St., Ste. C–11
Lawton, OK 73507–6327

Amber Lee Wade              OBA No. 19248
819 Woodmere Creek Loop
Vestavia Hills, AL 35226

Joseph David Weinstock      OBA No. 19252
1341 Yale St # 5
Santa Monica, CA 90404

Laurie Ann Welborn          OBA No. 13538
9806 Pleasant Rd
Daphne, AL 36526

Hack Welch                  OBA No. 9451
PO Box L
Hugo, OK 74743

Richard Lee Weldon          OBA No. 9463
PO Box 60741
Oklahoma City, OK 73146–0741

Barbara Anne West           OBA No. 18489
1516 Avondale Drive
Norman, OK 73069

Justin A. Whitefield        OBA No. 16937
4800 N Lincoln Blvd
Oklahoma City, OK 73105

John Matthew Whitworth      OBA No. 18157
100 S Wheeler
Sallisaw, OK 74955–4620

Joe Allen Winfield          OBA No. 9767
2743 VZ CR 4201
Canton, TX 75103

Glennis Lanell Woodard      OBA No. 19976
2000 E Tamarack # 207
Altus, OK 73521

James S Wooley              OBA No. 9881
420 Greenridge Ct
Debary, FL 32713

Scarlet Ann Wooton          OBA No. 19604
2114 Osprey Point Cir
Pooler, GA 31322

Margaret M Zarbano          OBA No. 10166
1941 S 42nd St Ste 500
Omaha, NE 68105